**Fill in this information to identify the case:**

Debtor name _____Blackwall Process LLC_____

United States Bankruptcy Court for the: _____Southern District of Texas_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .............................................................. | $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................. | $ _1,508,138.62_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................... | $ _1,508,138.62_

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............... | $ _1,107,294.63_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................ | $ _4,074.53_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................. | +$ _2,474,572.94_

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b | $ _3,585,942.10_

**Fill in this information to identify the case:**

Debtor name __Blackwall Process LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. PRISM | Checking | 5   7   7   1 | $ 42.02 |
| 3.2. Amegy | Checking | 8   9   5   9 | $ 2,104.74 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ 2,146.76

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

---

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

---

Debtor    Blackwall Process LLC
_____    Case number *(if known)*_____
            Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    872,936.39    –    130,940.46    = ........ ➜    $ 741,995.93
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    872,936.39    –    130,940.46    = ........ ➜    $ 741,995.93
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,483,991.86

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Blackwall Process LLC
          _____    Case number *(if known)* _____
          Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> See Schedule A/B Part 5, Question 20 Attachment | _____ <br> MM / DD / YYYY | 94,002.00 <br> $_____ | | Unknown <br> $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | | $_____ |
| **22. Other inventory or supplies** <br> See Schedule A/B Part 5, Question 22 Attachment | _____ <br> MM / DD / YYYY | 1,102,579.41 <br> $_____ | book value | Unknown <br> $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish <br> _____ | $_____ | | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | | $_____ |

Debtor　Blackwall Process LLC
　　　　　Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　☐ No

　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**　Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___Blackwall Process LLC_____
              Name

Case number (*if known*)_____

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2013--FORD F-150 VIN#1FTFW1ET6DF889998 | $ 22,000.00 | Book Value | $ 22,000.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>See continuation sheet | $ 185,708.12 | | $ Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 22,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Blackwall Process LLC
_____
Name

Case number (if known)_____

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>blackwallprocess.com | $_____ | _____ | Unknown<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

---

| | |
|---|---|
| Debtor | Blackwall Process LLC |
| | Name |
| | Case number (if known) _____ |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

Note Receivable--Mike Kramer 1.24.2023

100,000.00 − 100,000.00 = ➔ $ 0.00

Total face amount / doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

$_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Prostar Manufacturing LLC

$ Unknown

Nature of claim      Breach of Contract Counterclaim

Amount requested    $ 800,000.00

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$_____

Nature of claim      _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

$_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$_____

$_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor     Blackwall Process LLC
           Name                                                          Case number *(if known)*_____

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,146.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,483,991.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 22,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,508,138.62 | + $ 0.00   91b. |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. .................................................. $ 1,508,138.62  $ 1,508,138.62

Debtor 1      Blackwall Process LLC

First Name        Middle Name        Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**General description Net book value Valuation method Current value**
**See Schedule A/B 177,177.00 Book Value Unknown**
**Part 8, Question**
**50 Attachment**
**Hand Tools 8,531.12 book value Unknown**

# Blackwall Process, LLC

## A/R Aging Summary

As of December 17, 2024

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| AERA | | | | | | $0.00 |
| Aera West Flank BW21001 | | | | | 868,155.00 | $868,155.00 |
| **Total AERA** | | | | | **868,155.00** | **$868,155.00** |
| Coastal Resources Group | | | | | | $0.00 |
| Coastal - PO 4025360 | | | | | 4,858.00 | $4,858.00 |
| Coastal - PO 4025660 | | | | | 648.00 | $648.00 |
| **Total Coastal Resources Group** | | | | | **5,506.00** | **$5,506.00** |
| Hargrove Construction and Sales | | | | | | $0.00 |
| Steel Purchases | | | | | 0.00 | $0.00 |
| **Total Hargrove Construction and Sales** | | | | | **0.00** | **$0.00** |
| JR Manufacturing | | | | | | $0.00 |
| JR Mfg - Plug Project | | | | | -4,258.98 | $ -4,258.98 |
| **Total JR Manufacturing** | | | | | **-4,258.98** | **$ -4,258.98** |
| Universal Facility Construction, LLC | | | | | | $0.00 |
| Universal Facility Construction - SS Threaded Flanges | | | | | 2,262.43 | $2,262.43 |
| Universal Facility Contruction - SS Threaded Flanges | | | | | 1,271.94 | $1,271.94 |
| **Total Universal Facility Construction, LLC** | | | | | **3,534.37** | **$3,534.37** |
| Vista Water Solutions PB, LLC | | | | | | $0.00 |
| Vista - PFF - PO R40E SS SWD.WMTZ | | | | | 0.00 | $0.00 |
| **Total Vista Water Solutions PB, LLC** | | | | | **0.00** | **$0.00** |
| TOTAL | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$872,936.39** | **$872,936.39** |

**Blackwall Process, LLC**
**Inventory Valuation Summary**
As of December 19, 2024

| | Qty | Asset Value | Calc. Avg |
|---|---|---|---|
| **PUMP** | | | |
| PUMP, CHEMICAL, 5GAL/HR | 8.00 | 6,800.00 | 850.00 |
| **Total PUMP** | | $ 6,800.00 | |
| **SWORD** | | | |
| Skid dims 6' x 12' x 4', Pump w/ NEMA 7 Starter, 316SS eductor, 316 SS piping spool, Big Spring Yd | 1.00 | 50,000.00 | 50,000.00 |
| Skid dims 6' x 12' x 4', Pump w/ NEMA 7 Starter, 316SS eductor, 316 SS piping spool, Coahoma Yd | 1.00 | 50,000.00 | 50,000.00 |
| Skid dims 6' x 12' x 4', Pump w/ NEMA 7 Starter, 316SS eductor, 316 SS piping spool, Knott Yd | 2.00 | 100,000.00 | 50,000.00 |
| Skid dims 6' x 12' x 4', Pump w/ NEMA 7 Starter, 316SS eductor, 316 SS piping spool, Odessa Yd | 2.00 | 100,000.00 | 50,000.00 |
| Skid dims 6' x 12' x 4', Pump w/ NEMA 7 Starter, 316SS eductor, 316 SS piping spool, Pecos Yd | 1.00 | 50,000.00 | 50,000.00 |
| Skid dims 6' x 12' x 4', Pump w/ NEMA 7 Starter, 316SS eductor, 316 SS piping spool, Upton Yd | 1.00 | 50,000.00 | 50,000.00 |
| **Total SWORD** | | $ 400,000.00 | |
| **VALVE** | | | |
| VALVE, BALL, 2IN, CARBON STEEL, THREADED, 1000#, SS INTERNALS | 83.00 | 4,627.25 | 55.75 |
| VALVE, BALL, 3/4IN, CARBON STEEL, 3000#, SS INTERNALS, BALON | 96.00 | 3,260.16 | 33.96 |
| VALVE, BALL, 3IN, SS, RAISED FACE FLANGED, ANSI 150, LEVER OP | 1.00 | 380.00 | 380.00 |
| VALVE, BALL, 3IN, SS, RING JOINT FLANGED, ANSI 1500, LEVER OP | 1.00 | 6,950.00 | 6,950.00 |
| VALVE, BALL, 4IN, CARBON STEEL, RAISED FACE FLANGED, ANSI 900, GEAR OP, SS INTERNALS | 33.00 | 85,800.00 | 2,600.00 |
| VALVE, BUTTERFLY, 10IN, SS, LUG, ANSI 150, VITON, LEVER OP (RED) | 2.00 | 3,534.00 | 1,767.00 |
| VALVE, BUTTERFLY, 3IN, SS, LUG, ANSI 150, BUNA, LEVER OP (BLUE) | 4.00 | 1,964.00 | 491.00 |
| VALVE, BUTTERFLY, 3IN, SS, LUG, ANSI 150, HIGH PERFORMANCE, LEVER OP | 313.00 | 157,439.00 | 503.00 |
| VALVE, BUTTERFLY, 3IN, SS, LUG, ANSI 150, VITON, LEVER OP (RED) | 19.00 | 9,557.00 | 503.00 |
| VALVE, BUTTERFLY, 4IN, CARBON STEEL, LUG, ANSI 150, SS INTERNALS, HIGH PERFORMANCE, LEVER OP # | 1.00 | 373.00 | 373.00 |
| VALVE, BUTTERFLY, 4IN, SS, DROP IN, ANSI 150, VITON, LEVER OP (RED) | 4.00 | 1,440.00 | 360.00 |
| VALVE, BUTTERFLY, 4IN, SS, LUG, ANSI 150, BUNA, LEVER OP (BLUE) | 17.00 | 9,996.00 | 588.00 |
| VALVE, BUTTERFLY, 4IN, SS, LUG, ANSI 150, BUNA, LEVER OP (WHITE) | 17.00 | 9,996.00 | 588.00 |
| VALVE, BUTTERFLY, 4IN, SS, LUG, ANSI 150, VITON, LEVER OP (RED) | 38.00 | 23,142.00 | 609.00 |
| VALVE, BUTTERFLY, 6IN, SS, LUG, ANSI 150, BUNA, LEVER OP (WHITE) | 18.00 | 15,300.00 | 850.00 |
| VALVE, BUTTERFLY, 8IN, SS, LUG, ANSI 150, BUNA, LEVER OP (WHITE) | 26.00 | 32,630.00 | 1,255.00 |
| VALVE, GATE, 16IN, CARBON STEEL, RAISED FACE FLANGED, ANSI 150, SS INTERNALS | 3.00 | 28,371.00 | 9,457.00 |
| VALVE, GATE, 6IN, CARBON STEEL, RAISED FACE FLANGED, ANSI 150, SS INTERNALS | 9.00 | 5,670.00 | 630.00 |
| VALVE, GATE, 8IN, SS, ANSI 150 | 1.00 | 2,125.00 | 2,125.00 |
| VALVE, SWING CHECK, 10IN, CARBON STEEL, RAISED FACE FLANGED, ANSI 150, SS INTERNALS | 2.00 | 2,600.00 | 1,300.00 |
| VALVE, SWING CHECK, 4IN, CARBON STEEL, RAISED FACE FLANGED, ANSI 150, SS INTERNALS | 2.00 | 800.00 | 400.00 |
| VALVE, SWING CHECK, 6IN,CS X SS, ANSI 150 | 3.00 | 1,830.00 | 610.00 |
| VALVE, SWING CHECK, 8IN, ss, RAISED FACE FLANGED, ANSI 150 | 7.00 | 15,225.00 | 2,175.00 |
| VALVE, SWING CHECK, 8IN,CS X SS, ANSI 150 | 3.00 | 3,015.00 | 1,005.00 |
| VALVE, WAFER CHECK, 2IN, SS, ANSI 300, DUAL DOOR | 4.00 | 500.00 | 125.00 |
| **Total VALVE** | | $ 426,524.41 | |
| **WATERBRIDGE SURPLUS** | | | |
| 8" 150# Check Valve 316 SS (CF8M) | 8.00 | $ 20,800.00 | 2,600.00 |
| 6" 600# Check Valve 316 SS (CF8M) | 4.00 | $ 8,600.00 | 2,150.00 |
| 10" 300# Ball Valve 316 SS (CF8M) | 6.00 | $ 23,910.00 | 3,985.00 |
| 8" 600# Ball Valve 316 SS (CF8M) | 8.00 | $ 25,280.00 | 3,160.00 |
| 10" Crimp FlexSteel Connection- 300# 316 SS | 86.00 | $ 58,050.00 | 675.00 |
| 8" Crimp FlexSteel Connection- 300# 316 SS | 39.00 | $ 19,110.00 | 490.00 |
| 4" Crimp Poly Connection - 300# CS | 92.00 | $ 27,600.00 | 300.00 |
| 10" 300# Fabricated Pipe Spool 45° 316SS | 6.00 | $ 18,600.00 | 3,100.00 |
| 10" Raised Face Blind (RFBL) 300# 316 SS | 18.00 | $ 3,150.00 | 175.00 |
| 8" RFBL 300# 316 SS | 21.00 | $ 2,205.00 | 105.00 |
| 10" 45 DEG ELL DR 7       2 SEG | 21.00 | $ 13,020.00 | 620.00 |
| 12" 45 DEG ELL DR7    2 SEG | 50.00 | $ 34,000.00 | 680.00 |
| 12" 45 DEG DR 7 REINFORCED WITH 16" | 2.00 | $ 1,800.00 | 900.00 |
| 12" 90 DEG DR-7 | 4.00 | $ 1,520.00 | 380.00 |
| 10" 4710 B.F 90 DEG ELL 3 SEGMENT SDR 5.5/7 336 PSI | 4.00 | $ 1,680.00 | 420.00 |
| 10" 4710 B.F 45 DEG ELL 2 SEGMENT SDR  5.5/7 336 PSI | 11.00 | $ 2,420.00 | 220.00 |
| 12" 4710 B.F 90 DEG ELL 3 SEGMENT SDR 5.5/7 336PSI | 2.00 | $ 1,030.00 | 515.00 |
| 12" 4710 B.F 45 DEG ELL 3 SEGMENT SDR 5.5/7 336PSI | 4.00 | $ 1,260.00 | 315.00 |
| 12" 45 DEG DR 7 | 2.00 | $ 540.00 | 270.00 |
| 10" 45 DEG DR7 REINFORCED 12" | 6.00 | $ 4,680.00 | 780.00 |
| **Total WATERBRIDGE SURPLUS** | | $ 269,255.00 | |
| **TOTAL** | | $ 1,102,579.41 | |

Schedules B-47 and B-50

| Fixed Assets | |
|---|---:|
| 15361 Backup Generator | 177,177.00 |
| 15380 Hand Tools | 8,351.12 |
| 15402 2013 Ford F-150 | 22,000.00 |
| 15999 Accumulated Depreciation | -172,859.43 |
| **Total Fixed Assets** | **$34,668.69** |

**Fill in this information to identify the case:**

Debtor name ___Blackwall Process LLC___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

**2.1**
Creditor's name
Oklahoma State Bank

Describe debtor's property that is subject to a lien
Accounts Receivable

$ 495,916.67    $ 1,483,991.86

Creditor's mailing address
2411 South Kelly Avenue
Suite 100, Edmond, OK 73013

Creditor's email address, if known

Date debt was incurred ___05/14/2021___
Last 4 digits of account number ___8697___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe the lien
Agreement you made, Line of Credit

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**
Creditor's name
Oklahoma State Bank

Describe debtor's property that is subject to a lien
All assets

$611,377.96    $Unknown

Creditor's mailing address
2411 South Kelly Avenue
Suite 100, Edmond, 73013

Creditor's email address, if known

Date debt was incurred ___05/14/2021___
Last 4 digits of account number ___8-07___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe the lien
Agreement you made, SBA Loan

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$ 1,107,294.63

Debtor  Blackwall Process LLC
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| US Small Business Administration<br>8701 S. Gessner Dr.<br>Suite 1200<br>Houston, TX, 77074 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor        Blackwall Process LLC

United States Bankruptcy Court for the:   Southern District of Texas

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
Department of Treasury
Ogden, UT 84201-0773

As of the petition filing date, the claim is:   $ 3,934.36    $ 3,934.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
1Q 2024 941

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714

As of the petition filing date, the claim is:   $ 140.17    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

Debtor   Blackwall Process LLC
         Name                                                    Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Aera Energy LLC
10000 Ming Avenue
Bakersfield, CA 93311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Indemnification

$ Unknown

Date or dates debt was incurred   03/04/2022

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Allied Fitting LP
7200 Mykawa Road
Houston, TX 77033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,031.20

Date or dates debt was incurred   _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Allied Stainless Group, Inc.
7200 Mykawa Road
Houston, TX 77033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,224.60

Date or dates debt was incurred   _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Blue Cross Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ Unknown

Date or dates debt was incurred   _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
CMI Valve
13701 Stafford Point Dr.
Suite A
Stafford, TX 77477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred   _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Coastal Resource Group
PO Box 1143
Seguin, TX 78156

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 62,439.45

Date or dates debt was incurred   _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Blackwall Process LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Filltra Systems
23900 Haggerty Road
Farmington, MI 48335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 447,946.00

---

**3.8** **Nonpriority creditor's name and mailing address**

Gulley Johnson PLLC
413 N. Washington Ave
Huntsville, TX 77341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 95,000.00

---

**3.9** **Nonpriority creditor's name and mailing address**

Hammons Products Company
PO Box 140
Stockton, MO 65785

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 48,000.00

---

**3.10** **Nonpriority creditor's name and mailing address**

Horizon Accounting & Tax Services
14009 Canterbury Dr.
Edmond, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,545.00

---

**3.11** **Nonpriority creditor's name and mailing address**

Houston Process & Design
7400 Apache
Houston, TX 77028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,983.00

---

Debtor    Blackwall Process LLC
          Name
                                                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 12**    **Nonpriority creditor's name and mailing address**

Justin Cunningham
c/o Gray Reed
1300 Post Oak Blvd, Suite 2000
Houston, TX 77056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 13**    **Nonpriority creditor's name and mailing address**

Klein Energy Services, LLC
22894 Quail Run Dr.
Purcel, OK 73080-6914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease and storage fees for yard

$ Unknown

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 14**    **Nonpriority creditor's name and mailing address**

Marshall Presley & Pipal PLLC
2615 E. Southlake Blvd.
Suite 200
Southlake, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 405.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 15**    **Nonpriority creditor's name and mailing address**

Michael S. Henry
14014 Blackfoot Trail Run
Cypresss, TX 77429-4148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 3,800.00

**Date or dates debt was incurred** 05/01/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 16**    **Nonpriority creditor's name and mailing address**

Pasadena Insurance Agency, Inc.
99 Detering
Suite 280
Houston, TX 77007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,646.48

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 4 of 6

Debtor __Blackwall Process LLC_____   Case number *(if known)*_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Prostar Manufacuring, Inc.
5519 Bay Oaks Drive
Pasadena, TX 77505

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,732,973.75

---

**3.18** Nonpriority creditor's name and mailing address

Rosedale Products, Inc.
PO Box 1085
Ann Arbor, MI 48106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 29,078.46

---

**3.19** Nonpriority creditor's name and mailing address

RP Adams Engineering
147 N. Detroit St.
Los Angeles, CA 90036

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,500.00

---

**3.20** Nonpriority creditor's name and mailing address

Zerbe Miller Fingeret Frank & Jadav
3009 Post Oak Blvd.
Suite 1700
Houston, TX 77056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice party

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor    Blackwall Process LLC _____    Case number (*if known*)_____
          Name

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 4,074.53 |
| 5b.  **Total claims from Part 2** | 5b.  + | $ 2,474,572.94 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,478,647.47 |

---

**Fill in this information to identify the case:**

Debtor name __Blackwall Process LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): _____   Chapter __7__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2915 State Highway 74<br>Purcel, OK 73080-6266<br>Lessee | Klein Energy Services, LLC<br>22894 Quail Run Dr.<br>Purcel, OK, 73080-6914 |
| | State the term remaining | Ended April 2024--Storage Now | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Blackwall Process LLC___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Michael S. Henry | 14014 Blackfoot Trail Run<br>Cypress, TX 77429-4148 | Oklahoma State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>David Michael Block | 9210 Kapri<br>Houston, TX 77025 | Oklahoma State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3<br><br>Michael S. Henry | 14014 Blackfoot Trail Run<br>Cypress, TX 77429-4148 | Oklahoma State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4<br><br>David Michael Block | 9210 Kapri<br>Houston, TX 77025 | Oklahoma State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.5<br><br>Jennifer Block | 9210 Kapri<br>Houston, TX 77025 | Oklahoma State Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

United States Bankruptcy Court

Southern District of Texas

In re:   Blackwall Process LLC

Case No.

Chapter   7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____12/20/2024_____

/s/ Michael S. Henry
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

Aera Energy LLC
10000 Ming Avenue
Bakersfield, CA 93311

Allied Fitting LP
7200 Mykawa Road
Houston, TX 77033

Allied Stainless Group, Inc.
7200 Mykawa Road
Houston, TX 77033

Blue Cross Blue Shield of Texas
1001 E. Lookout Drive
Richardson, TX 75082

CMI Valve
13701 Stafford Point Dr.
Suite A
Stafford, TX 77477

Coastal Resource Group
PO Box 1143
Seguin, TX 78156

Dan Hines
203 Greenbriar Ave
Friendswood
TX 77546

David Michael Block
9210 Kapri
Houston, TX 77025

David Michael Block
9210 Kapri
Houston
TX 77025

Filltra Systems
23900 Haggerty Road
Farmington, MI 48335

Gulley Johnson PLLC
413 N. Washington Ave
Huntsville, TX 77341

Hammons Products Company
PO Box 140
Stockton, MO 65785

Horizon Accounting & Tax Services
14009 Canterbury Dr.
Edmond, OK 73013

Houston Process & Design
7400 Apache
Houston, TX 77028

Internal Revenue Service
Department of Treasury
Ogden, UT 84201-0773

Jennifer Block
9210 Kapri
Houston, TX 77025

Justin Cunningham
c/o Gray Reed
1300 Post Oak Blvd, Suite 2000
Houston, TX 77056

Klein Energy Services, LLC
22894 Quail Run Dr.
Purcel, OK 73080-6914

Marshall Presley & Pipal PLLC
2615 E. Southlake Blvd.
Suite 200
Southlake, TX 76092

Michael S. Henry
14014 Blackfoot Trail Run
Cypresss, TX 77429-4148

Michael S. Henry
14014 Blackfoot Trail Run
Cypress, TX 77429-4148

Michael S. Henry
14014 Blackfoot Trail Run
Cypress
TX 77429-4148

Oklahoma State Bank
2411 South Kelly Avenue
Suite 100
Edmond, OK 73013

Oklahoma State Bank
2411 South Kelly Avenue
Suite 100
Edmond, 73013


Pasadena Insurance Agency, Inc.
99 Detering
Suite 280
Houston, TX 77007


Prostar Manufacuring, Inc.
5519 Bay Oaks Drive
Pasadena, TX 77505


Rob Adams
147 N. Detroit St.
Los Angeles
CA 90036


Rosedale Products, Inc.
PO Box 1085
Ann Arbor, MI 48106


RP Adams Engineering
147 N. Detroit St.
Los Angeles, CA 90036


Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX 78714


US Small Business Administration
8701 S. Gessner Dr.
Suite 1200
Houston, TX 77074


Zerbe Miller Fingeret Frank & Jadav
3009 Post Oak Blvd.
Suite 1700
Houston, TX 77056

# United States Bankruptcy Court

Southern District of Texas

**In re**  Blackwall Process LLC

Case No. _____

**Debtor**

Chapter _7_ _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,538.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 10,538.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

☐ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

  b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Preparation of the Chapter 7 petition, bankruptcy schedules and statement of financial affairs, attendance at Section 341 Meeting of Creditors

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation concludes at the conclusion of the Section 341 Meeting of Creditors.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/20/2024

*Date*

/s/ Joseph Epstein, 06639320 Texas

*Signature of Attorney*

Joseph G. Epstein PLLC

*Name of law firm*

24 Greenway Plaza
970
Houston, TX 77046

**United States Bankruptcy Court**

IN RE:                                                              Case No._____

Blackwall Process LLC
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Rob Adams 147 N. Detroit St., Los Angeles, CA 90036 | 11.4 | Common stockholder |
| Dan Hines 203 Greenbriar Ave, Friendswood, TX 77546 | 1.2 | Common stockholder |
| Michael S. Henry 14014 Blackfoot Trail Run, Cypress, TX 77429-4148 | 64 | Common stockholder |
| David Michael Block 9210 Kapri, Houston, TX 77025 | 23.4 | Common stockholder |