# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years including married, maiden, trade, and address):

Blackwall Process LLC  
dba Blackwall Process

82−1882121  
17515 Spring Cypress Rd.  
Suite C−572  
Cypress, TX 77429−2689  
UNITED STATES

Case Number: 24−35964

Chapter: 7

## NOTICE OF ASSETS, NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE May 20, 2025

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court  
PO Box 61010  
Houston, TX 77208

Nathan Ochsner  
Clerk of Court

Filed: February 14, 2025

Trustee: Eva S Engelhart

United States Bankruptcy Court

Southern District of Texas

| In re: | Case No. 24-35964-jpn |
|---|---|
| Blackwall Process LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: ntcasset | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Blackwall Process LLC, 17515 Spring Cypress Rd., Suite C-572, Cypress, TX 77429-2689, UNITED STATES 77429-2688 |
| cr | + | Gulley Johnson PLLC, 413 N. Washington Avenue, Livingston, TX 77351-2837 |
| 12842490 | + | Aera Energy LLC, 10000 Ming Avenue, Bakersfield, CA 93311-1301 |
| 12842491 | + | Allied Fitting LP, 7200 Mykawa Road, Houston, TX 77033-1122 |
| 12842492 | + | Allied Stainless Group, Inc., 7200 Mykawa Road, Houston, TX 77033-1122 |
| 12842493 | + | Blue Cross Blue Shield of Texas, 1001 E. Lookout Drive, Richardson, TX 75082-4144 |
| 12842494 | + | CMI Valve, 13701 Stafford Point Dr., Suite A, Stafford, TX 77477-4657 |
| 12842495 | + | Coastal Resource Group, PO Box 1143, Seguin, TX 78156-1143 |
| 12842496 | + | Dan Hines, 203 Greenbriar Ave, Friendswood, TX 77546-4631 |
| 12842497 | + | David Michael Block, 9210 Kapri, Houston, TX 77025-4204 |
| 12842500 | + | Gulley Johnson PLLC, 413 N. Washington Ave, Huntsville, TX 77341-0001 |
| 12842501 | + | Hammons Products Company, PO Box 140, Stockton, MO 65785-0140 |
| 12842502 | + | Horizon Accounting & Tax Services, 14009 Canterbury Dr., Edmond, OK 73013-7025 |
| 12842505 | + | Jennifer Block, 9210 Kapri, Houston, TX 77025-4204 |
| 12842507 | | Klein Energy Services, LLC, 22894 Quail Run Dr., Purcel, OK 73080-6914 |
| 12842510 | | Michael S. Henry, 14014 Blackfoot Trail Run, Cypress, TX 77429-4148 |
| 12842509 | | Michael S. Henry, 14014 Blackfoot Trail Run, Cypresss, TX 77429-4148 |
| 12842513 | + | Oklahoma State Bank, 2411 South Kelly Avenue, Suite 100, Edmond 73013-0028 |
| 12842512 | + | Oklahoma State Bank, 2411 South Kelly Avenue, Suite 100, Edmond, OK 73013-0028 |
| 12842514 | + | Pasadena Insurance Agency, Inc., 99 Detering, Suite 280, Houston, TX 77007-8265 |
| 12842515 | + | Prostar Manufacuring, Inc., 5519 Bay Oaks Drive, Pasadena, TX 77505-3960 |
| 12842518 | + | RP Adams Engineering, 147 N. Detroit St., Los Angeles, CA 90036-2915 |
| 12842516 | + | Rob Adams, 147 N. Detroit St., Los Angeles, CA 90036-2915 |
| 12842517 | + | Rosedale Products, Inc., PO Box 1085, Ann Arbor, MI 48106-1085 |
| 12842521 | + | Zerbe Miller Fingeret Frank & Jadav, 3009 Post Oak Blvd., Suite 1700, Houston, TX 77056-6536 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | | Feb 14 2025 19:56:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Jeannie Lee Andresen, P.O. Box 3064, Houston, Tx 77253-3064 |
| 12845807 | | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | | Feb 14 2025 19:56:00 | Harris County, et al, c/o Jeannie L. Andresen, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 12842504 | | EDI: IRS.COM | | |
| | | | Feb 15 2025 00:43:00 | Internal Revenue Service, Department of Treasury, Ogden, UT 84201-0773 |
| 12842506 | + | Email/Text: ar@grayreed.com | | |
| | | | Feb 14 2025 19:55:00 | Justin Cunningham, c/o Gray Reed, 1300 Post Oak Blvd, Suite 2000, Houston, TX 77056-8000 |
| 12842519 | | Email/Text: pacer@cpa.state.tx.us | | |

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Feb 14, 2025 | Form ID: ntcasset | Total Noticed: 31

| | | | |
|---|---|---|---|
| 12842520 | ^ MEBN | Feb 14 2025 19:56:00 | Texas Comptroller of Public Accounts, PO Box 149348, Austin, TX 78714 |
| | | Feb 14 2025 19:48:27 | US Small Business Administration, 8701 S. Gessner Dr., Suite 1200, Houston, TX 77074-2944 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hammons Products Company |
| 12842498 | *+ | David Michael Block, 9210 Kapri, Houston, TX 77025-4204 |
| 12842511 | * | Michael S. Henry, 14014 Blackfoot Trail Run, Cypress, TX 77429-4148 |
| 12842499 | ##+ | Filltra Systems, 23900 Haggerty Road, Farmington, MI 48335-2618 |
| 12842503 | ##+ | Houston Process & Design, 7400 Apache, Houston, TX 77028-3908 |
| 12842508 | ##+ | Marshall Presley & Pipal PLLC, 2615 E. Southlake Blvd., Suite 200, Southlake, TX 76092-6689 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek Allen Johnson | on behalf of Creditor Gulley Johnson PLLC derek@gulleyjohnson.com  gulleyjohnson@gmail.com |
| Eva S Engelhart | eengelhart@rossbanks.com  ee@trustesolutions.net;christinevega@rossbanks.com |
| Jeannie Lee Andresen | on behalf of Creditor Harris County houston_bankruptcy@lgbs.com  chymel@dorelaw.com |
| Joseph G Epstein | on behalf of Debtor Blackwall Process LLC joe@epsteintexaslaw.com  Melissa@epsteintexaslaw.com |
| Joseph Taylor White | on behalf of Creditor Hammons Products Company taylor.white@kutakrock.com  amy.cummings@kutakrock.com |
| Marc Douglas Myers | on behalf of Trustee Eva S Engelhart mmyers@rossbanks.com  dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 7